STATE v. HAIRSTON

No. 373P90

Case below: 99 N.C.App. 362

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

STATE v. HALL

No. 201PA90

Case below: 98 N.C.App. 1

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 October 1990.

STATE v. McKINNEY

No. 392P90

Case below: 96 N.C.App. 680

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 October 1990.

STATE v. McMILLAN

No. 417P90

Case below: 99 N.C.App. 585

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

STATE v. SCOTT

No. 330PA90

Case below: 99 N.C.App. 113

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 October 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 October 1990.